# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Dàhell C. Booker

_____
_____
_____

*Plaintiff(s)/Petitioner(s)*

v.

Warden Wills, Latoya Hughes,
Counselor Lewis, Paige Long,
Jennifer Alvis, IDPH, John Doe(s)
Kevin Reichert, Jane Doe(s), etc..

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

SCANNED at MENARD and E-mailed
10-29-24 by JA    18 pages
Date        initials    No.

Case Number: 24-2382-DWD
_____
*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Menard C.C
711 Kaskaskia St
Menard, IL 62259

**Defendant #1:**

B.    Defendant __Anthony Wills__ is employed as
          (a)    (Name of First Defendant)

__Warden__
          (b)          (Position/Title)

with __Menard C.C, P.O Box 1000, 711 Kaskaskia St__
          (c)    (Employer's Name and Address)

__Menard, IL 62259__

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?  ☒ Yes    ☐ No

If your answer is YES, briefly explain:

Warden of Menard Correctional Center

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _Latoya Hughes_ is employed as

(Name of Second Defendant)

_Director of IDOC_

(Position/Title)

with _IDOC 1301 Concordia Court    P.O. Box 19277_

(Employer's Name and Address)

_Springfield, IL 62794_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☑ Yes   ☐ No

If you answer is YES, briefly explain:

_IDOC   Acting Director_

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

_Paige Long_

_ARB_

_IDOC      1301 Concordia Court_
_P.O. Box 19277_
_Springfield, IL 62794_

_employed by state, local or federal government - yes_

_Administrative Review Board_

Rev. 10/3/19

1. Jurisdiction

④

Defendant - Counselor Lewis
Position - Counselor
Address - Menard C.C, P.O Box 1000, 711 Kaskaskia St    Menard, IL 62259
employed By state, local or federal government - yes
        Counselor at Menard C.C

⑤

Defendant - Jennifer Alvis
Position - Grievance officer
Address - Menard C.C, P.O Box 1000, 711 Kaskaskia St    Menard, IL 62259
employed By state, local or federal government - yes
        grievance officer at Menard C.C

De Fudent
⑥ Kevin Reichert
Position - Ass. Warden
·Menard C.C    P.O Box 1000, 711 Kaskaskia St    Menard, IL 62259
employed by state, local or federal government - yes
        Ass. Warden as menard C.C

⑦

Defendant - IDPH (IL Department of Public Health)
Position - IDPH
Address - N/A
employed - N/A
why - N/A

1.) Jurisdiction

8) Defendant - John Doe (s)
Position - Correctional Officers
with - Menard C.C      P.O. Box 1000, 711 Kaskaskia St    Menard, IL 62259
Employed - yes
        @ Menard C.C    Correctional Officer

9) Defendant - Jane Doe (s)
Position - Correctional Officers
with - Menard C.C      P.O. Box 1000, 711 Kaskaskia St      Menard, IL 62259
employed - yes
        Menard C.C    Correctional Officer

10) Defendant - John Doe (s)
Position - Nurses
wexford/ Menard C.C      P.O. Box 1000, 711 Kaskaskia St      Menard, IL 62259
employed - yes
        Menard C.C Nurses    hired By Wexford

11) Defendant - Jane Doe (s)
Position - Nurses
- Menard/Wexford C.C  Po. Box 1000, 711 Kaskaskia St      Menard, IL 62259
employed - yes
        Menard C.C Nurses    hired by Wexford

II. <u>Previous lawsuits</u>

1.) Parties to previos lawsuits:
Plaintiffs: Darell C. Booker
Defendents: Lt. Brown, et al.,

2.) Court: U.S. District Court, Northern District of IL

3.) Docket Number: 1:17-cv-4614

4.) Name of Judge: Judge Ruben Castillo

5.) Type of case: Civil Rights

6.) Disposition of case: Settlement

7.) Aprox date of filing lawsuit: 2017

8.) Aprox date of disposition: Oct. 2018

9.) was the case dismissed as being Frivolus....: NO

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s): Dakeil C. Booker

Defendant(s):
Larue Love, et al.,

2.   Court (if federal court, name of the district; if state court, name of the county): U.S. District Court, Southern District of IL

3.   Docket number: 18

4.   Name of Judge to whom case was assigned:
Judge Staci M. Yandle

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):
Civil Rights

6.   Disposition of case (for example: Was the case dismissed? Was it appealed?  Is it still pending?):
Dismissed thru Summary Judment

Rev. 10/3/19

7.    Approximate date of filing lawsuit:
          *2020*

8.    Approximate date of disposition:

          *Febuary 2023*

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

          *NO*

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                    ☑ Yes    ☐ No

C.    If your answer is YES,
      1.    What steps did you take?
            *Filed grievance through Counselor, grievance officer, warden And Springfield /ARB.*

      2.    What was the result?
            *Dismissal at Counselor, mixed by others.*

D.    If your answer is NO, explain why not.


E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                        ☑ Yes    ☐ No


F.    If your answer is YES,
      1.    What steps did you take?
            *I complain 2 the gallery officer, Sgt. and Lt., major*

Rev. 10/3/19

2.      What was the result?

        I WAS lied to

G.      If your answer is NO, explain why not.

H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

ON 10-12-23, in Menard C.C (IDOC) segregation, 3rd shift served me N the whole N2 house Bugs iN our Breakfast tray. All Kitchen Supervisors observe and double check the trays Before they leave the Kitchen. N2 staff then check the trays Before workers allowed to pass out trays with C/o's. Us inmates complained to Every c/o that was in the Building inclu. Sgt, Lt., Majors. U wrote A grievance (see Attached grievance) where counselor Lewis (named party) did nothing about. The grievance then went thru Jennifer Alvis, Kevin Reichert, Anthony Wills, and Paige Long, who All Named iN this suit, and No-one did Nothing. They Never put me iN Therapy Sessions, U never seen Sick call, And U never was told how they was goinY prevent this from happening.

Actually this is A violation of my 8th Amendment (U.S. Constitution) Because it was Retaliation from 3 Inmates "Refusing" to come off yard (supposedly), And tact team and Warden excessive force N Beat those inmates on the yard. (check Menard Prison Records for 10-9 or 10-10-23). The tray they fed us was A tray we only get on Saturdays not Thursdays.

⊗ IDPH pose to make sure the IDOC is cleaned and ran accordingly. In order for these trays Be served to us, They have to Be cleared thru IL. Department of Public Health, and then Kitchen Supervisors, and then N2 staff.

Rev. 10/3/19 Everyone Named iN here Suit is equally Responsible for me being Served this tray, and nothing Being done after the Situation. All John Does N Jane Does is Nurses and c/o's that U never got they information that was there the morning of this situation, that did nothing N Refused me medical attention. U need help getting they Names.

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I will like the courts to get me an immedrate transfer to Lawrence C.C, Illinois River C.C or Galsbury Hills C.C and award me 250,000 $, Also I will like ALL Defendents Suspended without pay or fired. I will like therapy for mental trauma.

## VI.   JURY DEMAND (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: **10-18-24**
(date)

711 KasKaskia
Street Address

Menard, IL 62259
City, State, Zip

Signature of Plaintiff

DàRell BooKer
Printed Name

M47921
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Darell Booker

_____
**Plaintiff,**                          )
                                        )
                                        )
VS.                                     )          Case No.: _____
                                        )
Warden Anthony Wills, etc.              )
_____                 )
**Defendant**                           )

---

**NOTICE OF FILING**

TO:  Clerk of the Court
     U.S District Court          TO:  _____
     Southern District of IL          _____
     750 Missouri Ave                 _____
     E.St.Louis, IL 62201             _____

TO:  _____     TO:  _____
     _____          _____
     _____          _____
     _____          _____

PLEASE TAKE NOTICE that on ___10-18___, 20 24 , I have provided service to the person(s) listed above by the following means:

☒    Electronically filed through _Menard_ Correctional Law Library

☐    Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

---

**DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 10-18-24

/s/ _____
NAME: Darell Booker
IDOC#: M47921
_Menard_ Correctional Center
P.O. Box 1000
_Menard_, IL 62259

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Booker, Darell                                                            3/4/24
                                                                                Date
ID# : M47921

Facility: Menard

This is in response to your grievance received on **2/20/2024**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 10/12/2023    Grievance Number: K4-1123-1383    Griev Loc: Menard

☐ Medical _____

■ Dietary    Served breakfast tray that had bugs in it. _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other: Mixed. The facility response does indicate they were aware of the issue, however, corrective action plan was implemented to prevent this from happening in the future.

FOR THE BOARD: _____        CONCURRED: _____
                    Paige Long                                      Latoya Hughes
              Administrative Review Board                           Acting Director

CC: Warden, Menard _____ Correctional Center
    Booker, Darell _____ ID# M47921

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 12/19/2023     **Date of Review:** 02/08/2024     **Grievance #:** K4-1123-1383

**Individual in Custody Name:** Booker, Darell     **ID#:** M47921

**Nature of Grievance:**

Dietary/Staff Conduct - Bugs in food

**Facts Reviewed:**

Individual in custody submitted a grievance dated: 10/12/2023 Individual is grieving that he was served a breakfast tray with bugs in it.

Relief Requested: I want therapy for my traumatized experience, an immediate transfer for my safety and security, a med tech n test ran for my health and a lawsuit.

Counselor responded on: 12/15/2023 The N2 Major was made aware of the situation and the Individuals were issued a new breakfast tray. If the individual had complaints of feeling ill, he was offered medical care. If the individual has further medical complaints he may submit a nurse sick call according to procedure. Per AD 05.006.112 you are max security and can not request a transfer.

Grievance Office reviewed on: 02/08/2024 The dietary manager was made to do a corrective action plan to prevent this from happening in the future. All dietary staff are licensed food handlers as required by the Illinois Department of Public Health and the dietary department is cleaned according to IDPH guidelines as well. Per cell house Major, all Individuals that felt ill were seen by medical. If you have additional medical issues you may submit a nurse sick call request.

Continued on back....

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

Jennifer Alvis Counselor I Menard Correctional Center     **Jennifer Alvis**    Digitally signed by Jennifer Alvis Date: 2024.02.08 10:53:54 -06'00'

Print Grievance Officer's Name     Grievance Officer's Signature

**(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 02/08/2024     ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

**Kevin Reichert**    Digitally signed by Kevin Reichert Date: 2024.02.10 17:17:21 -06'00'

Chief Administrative Officer's Signature     Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature     M47921     2-20-24

                                                       ID#                Date

Distribution: Master File, Individual in Custody        Page 1        DOC 0047 (Rev 9/2022)
Printed on Recycled Paper



ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

Administrative personnel were notified immediately, new breakfast trays were issued, medical staff evaluated those Individuals who felt immediately sick, and a corrective action was put into place to prevent this from happening again. All steps were taken to remedy and rectify the situation at the time of its occurrence.

Per AD 05.02.142 All food service operations shall comply with current Illinois Department of Public Health requirements. All food service employees shall maintain certification in accordance with current IDPH requirements. All food service staff shall receive annual refresher training provided by the Food Services Program Manager. Food substitutions are allowed and needed due to unavailability of items from the vendor. Menard CC nor Dietary staff have any control over that issue.

Per AD 05.06.112 Individual is max security and can not request a transfer.

Email sent to mental health notifying them of your request for therapy.

RECEIVED
OCT 2 0 2023

DIRECTOR'S OFFICE

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2   Bed #: B42

Date: 10-12-23   Individual (please print): BOOKER   ID #: M47921   Race (optional): BLK

Current Facility: Menard

Facility where grievance issue occurred: Menard

**Nature of Grievance:**
- ☑ Staff Conduct (warden)
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Medical Treatment
- ☑ Dietary
- ☐ Disciplinary Report: _____
  Date of Report   Facility where Issued
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☑ Other (specify): Warden

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On the above date nd Approx. time 4:30am (3rd shift) I received A breakfast tray with a cold n oatmeal, with out like insects/bugs cooked into my oatmeal. it is Thursday nd on the menu we was suppose to receive eggs,bread,prunes nd jelly. So I received a tray I wasn't suppose to get. this happen right after the tact team beat up multiple individuals in custody on seg. yard. The warden was on the yard when it happen or outside by the yard. I am highly convinced this is not a n incident. I've been incarcerated 10y and in menard since '4-1-22' and never received a tray with cold n oatmeal on a Thursday. They went out they way 2 retaliate against us as a whole n told us on numerous occasions that they will receive the last laugh. I ask for med. tecs and a crises team

☑ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:** I want theraphy for my traumatized experience, an imediate transfer for my safety n security, a med tec n test run for my health, and a lawsuit

Individual in Custody Signature: _____   ID #: M47921   Date: 10-12-23

**Counselor Response (if applicable):**   Date Received: 11/15/23

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

The N2 Major was made aware of the situation and the individuals were issued a new breakfast tray. If the individual had complaints of feeling ill he was offered medical care. If the individual has further medical complaints he may submit a nurse sick call. according to procedure. Per AD 05.06.112 you are Max security and can not request a transfer.

S Lewis    A Lewis    12/15/23

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: MEN NOV 1 2023

Assigned Grievance #/Institution: K4-1123-1383

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☑ No, an emergency is not substantiated. Individual should submit this grievance according to standard grievance procedure.

First Level Received: MEN NOV 15 2023
Second Level Received: MEN DEC 27 2023

Chief Administrative Officer Signature: _____   Date: 11/13/23

_____ Please return using envelope and follow up DOC 0743p

RECEIVED
OCT 2 0 2023
ADMINISTRATIVE
REVIEW BOARD

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

and was refused each time. I Ate Bugs, and it made me threw up, I am traumatized by this experience. 1st thing I thought was I already ate theys like this, N will continue to get trays with Bugs in em. (+) my food dnt come packaged to the point where I have to open my food, I will be forced to starve myself. I feel the All offiders was involved, Because useally they make us cut our light on to receive our tray for there safty and security, But of All days, when its Bugs in the food, they give us our food in the dark, please Help me, im in fear for my safety, security and health.

This grievance is on Mended Warden, Nt officers (3rd shift) and Kitchen Supervisor.

Dantell Booke
M47921